JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Maria Ramirez | Case No.: 2:13-cv-00624-R-PLA |
| Plaintiff, | Hon. Manuel L. Real |
| vs. | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| OCWEN LOAN SERVICING, LLC<br>YAMALI MARTINEZ,<br>NOEMI SMITH,<br>WESTERN PROGRESSIVE, LLC<br>MARLENE SAUNDERS<br>RICHARD WORK<br>LATERRIKA THOMPKINS | Date:   April 1, 2013<br>Time:   10:00 a.m.<br>Courtroom: 8 |
| Defendants | |

**TO THE CLERK AND ALL PARTIES AND ATTORNEYS OF RECORD:**

On April 1, 2013 at 10:00 a.m. Defendants Ocwen Loan Servicing LLC, Yamali Martinez, Noemi Smith, Western Progressive, LLC., Marlene Saunders, Richard Work, and Laterrika Thompkins Motion to Dismiss was heard.  All

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

1

1  appearances were noted on the record.  Having reviewed Defendants, Ocwen
2  Loan Servicing LLC, Yamali Martinez, Noemi Smith, Western Progressive, LLC.,
3  Marlene Saunders, Richard Work, and Laterrika Thompkins Motion to Dismiss
4  Plaintiff's Complaint, Plaintiff's Opposition and Defendants' Reply and good
5  cause appearing therefore,

   IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss is granted and Plaintiff's Complaint is dismissed with prejudice.

   FURTHER, Plaintiff's Request for leave to file an amended complaint is denied.

   IT IS SO ORDERED.

Dated: _April 8, 2013__          _____
                                   HON. MANUEL L. REAL
                                   UNITED STATES DISTRICT COURT

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

2